March 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

NATHANIEL JONES, II, Appellant

NO. 14-11-00909-CV                    V.

HOUSTON POLICE DEPARTMENT, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 20, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.